**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Raymond P Jensen             CHAPTER 13

Debtor(s)

BKY. NO. 26-12938 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of First Federal Bank and index same on the master mailing list.

                   Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
16 Jul 2026, 06:38:55, EDT

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322