## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Raymond P Jensen                                    CHAPTER 13

                              Debtor(s)

                                                           BKY. NO. 26-12938 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of First Federal Bank and index same on the master mailing list.

                  Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
16 Jul 2026, 06:38:55, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: 46cb7d4e5ade3a9196b4ac58d882eb3e9ea712e7a0fcb51f3ed6df83a60df7eb