**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | Chapter 13 |
| RAYMOND P. JENSEN, | Case No. 26-12938 (DJB) |
| Debtor. | |

**PRAECIPE TO WITHDRAW THE MOTION OF FRANKLIN MINT FEDERAL
CREDIT UNION FOR AN ORDER (I) GRANTING RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C. § 362(d) OR, IN THE ALTERNATIVE,
(II) COMPELLING ADEQUATE PROTECTION UNDER 11 U.S.C. § 363(e)**

TO THE CLERK:

Kindly withdraw the Motion of Franklin Mint Federal Credit Union for an Order (I)

Granting Relief From the Automatic Stay Under 11 U.S.C. § 362(d) or, in the Alternative,

(II) Compelling Adequate Protection Under 11 U.S.C. § 363(e) without prejudice.

Respectfully submitted:

KLEHR | HARRISON | HARVEY|
BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone: (215) 569-3393

*Counsel to Franklin Mint Federal Credit
Union*

Dated: August 6, 2026