gusto

# Earnings Statement

Pay period: Jun 17, 2026 - Jun 23, 2026 Pay Day: Jun 26, 2026

**Company**

Leaks Construction Group, LLC
218 S US Highway 1
Ste 101
Tequesta, FL 33469
561-229-0674

**Employee**

Raymond Jensen
[redacted]
654 15th Ave
Prospect Park, PA 19076

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $48.55 | 8.0 | $388.40 | $388.40 |
| **Totals** | | **8.0** | **$388.40** | **$388.40** |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $24.08 | $24.08 |
| Medicare | $5.63 | $5.63 |
| PA Withholding Tax | $11.92 | $11.92 |
| PA UC Tax Employee Withholding | $0.27 | $0.27 |
| Whitemarsh EIT | $3.88 | $3.88 |
| Whitemarsh LST | $1.00 | $1.00 |

### Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $24.08 | $24.08 |
| Medicare | $5.63 | $5.63 |
| FUTA | $2.33 | $2.33 |
| PA UC Tax Employer Contribution | $14.84 | $14.84 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Regional Council Dues | Deduction | $11.96 | $11.96 |
| PEC | Deduction | $1.71 | $1.71 |
| Job Rec | Deduction | $8.00 | $8.00 |
| Int'l Capita Tax | Deduction | $0.72 | $0.72 |
| MAP | Deduction | $0.80 | $0.80 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $388.40 | $388.40 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $46.78 | $46.78 |
| Post-Tax Deductions/Contributions | $23.19 | $23.19 |
| Net Pay | $318.43 | $318.43 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $318.43 | $318.43 |
| Total Hours Worked | 8.0 | 8.0 |

gusto

# Earnings Statement

Pay period: Jun 24, 2026 - Jun 30, 2026 Pay Day: Jul 3, 2026 On-Demand Payment account *1170 ( . . . 1170): $50.00 Trace ID: 021000020517023 Spend ( . . . 7921): $1,091.37 Trace ID: 021000025845298 Gusto Spending account *2756 ( . . . 2756): $272.84 Trace ID: 021000020517024

**Company**

Leaks Construction Group, LLC
218 S US Highway 1
Ste 101
Tequesta, FL 33469
561-229-0674

**Employee**

Raymond Jensen
[redacted]
654 15th Ave
Prospect Park, PA 19076

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $48.55 | 40.0 | $1,942.00 | $2,330.40 |
| **Totals** | | **40.0** | **$1,942.00** | **$2,330.40** |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $189.32 | $189.32 |
| Social Security | $120.40 | $144.48 |
| Medicare | $28.16 | $33.79 |
| PA Withholding Tax | $59.62 | $71.54 |
| PA UC Tax Employee Withholding | $1.36 | $1.63 |
| Whitemarsh EIT | $19.42 | $23.30 |
| Whitemarsh LST | $1.00 | $2.00 |

### Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $120.40 | $144.48 |
| Medicare | $28.16 | $33.79 |
| FUTA | $11.65 | $13.98 |
| PA UC Tax Employer Contribution | $74.22 | $89.06 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Regional Council Dues | Deduction | $53.30 | $65.26 |
| PEC | Deduction | $7.61 | $9.32 |
| Job Rec | Deduction | $40.00 | $48.00 |
| Int'l Capita Tax | Deduction | $3.60 | $4.32 |
| MAP | Deduction | $4.00 | $4.80 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,942.00 | $2,330.40 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $419.28 | $466.06 |
| Post-Tax Deductions/Contributions | $108.51 | $131.70 |
| Net Pay | $1,414.21 | $1,732.64 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,414.21 | $1,732.64 |
| Total Hours Worked | 40.0 | 48.0 |

gusto

# Earnings Statement

Pay period: Jul 1, 2026 - Jul 7, 2026 Pay Day: Jul 10, 2026 On-Demand Payment account *1170 ( . . . 1170): $200.00 Trace ID: 021000025383325 Gusto Spending account *2756 ( . . . 2756): $1,120.59 Trace ID: 021000025383307 Spend ( . . . 7921): $280.14 Trace ID: 021000021057083

**Company**

Leaks Construction Group, LLC
218 S US Highway 1
Ste 101
Tequesta, FL 33469
561-229-0674

**Employee**

Raymond Jensen
[redacted]
654 15th Ave
Prospect Park, PA 19076

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Journeymen (PA County Rate) | $48.55 | 8.0 | $388.40 | $2,718.80 |
| Regular Hours \| Journeymen (Phila Rate) | $57.72 | 32.0 | $1,847.04 | $1,847.04 |
| **Totals** | | **40.0** | **$2,235.44** | **$4,565.84** |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $253.87 | $443.19 |
| Social Security | $138.60 | $283.08 |
| Medicare | $32.41 | $66.20 |
| PA Withholding Tax | $68.63 | $140.17 |
| PA UC Tax Employee Withholding | $1.56 | $3.19 |
| Whitemarsh EIT | $22.35 | $45.65 |
| Whitemarsh LST | $1.00 | $3.00 |

### Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $138.60 | $283.08 |
| Medicare | $32.41 | $66.20 |
| FUTA | $13.41 | $27.39 |
| PA UC Tax Employer Contribution | $85.44 | $174.50 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Regional Council Dues | Deduction | $60.10 | $125.36 |
| PEC | Deduction | $8.59 | $17.91 |
| Job Rec | Deduction | $40.00 | $88.00 |
| Int'l Capita Tax | Deduction | $3.60 | $7.92 |
| MAP | Deduction | $4.00 | $8.80 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,235.44 | $4,565.84 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $518.42 | $984.48 |
| Post-Tax Deductions/Contributions | $116.29 | $247.99 |
| Net Pay | $1,600.73 | $3,333.37 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,600.73 | $3,333.37 |
| Total Hours Worked | 40.0 | 88.0 |

† Overtime calculations for multiple pay rates are complex. You can learn more about how Gusto calculates overtime at https://support.gusto.com/hc/en-us/articles/215885327