**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Raymond P Jensen<br>Debtor<br><br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br>vs.<br>Kenneth E. West, Trustee<br>Raymond P Jensen<br>Respondents | Chapter 13<br>Bankruptcy No. 26-12938 |

**MOTION OF CITIZENS BANK, N.A., OR ITS SUCCESSOR OR ASSIGNEE FOR RELIEF FROM AUTOMATIC STAY UNDER §362(a)**

Movant: Citizens Bank, N.A., or its Successor or Assignee

Mortgage dated June 3, 2024 and recorded in the Office of the Recorder of Delaware County as Instrument Number: 2024020120.

1. Citizens Bank, N.A., or its Successor or Assignee (hereinafter "Movant") holds a claim secured by a duly recorded Mortgage on property of Raymond P Jensen, or of the bankruptcy estate located at: 654 15th Avenue, Prospect Park, Pennsylvania 19076.

2. Raymond P Jensen (hereinafter "Debtor") filed a Petition under Chapter 13 on July 13, 2026.

3. At the present time, the Mortgage requires payments each month of $347.89.

4. Movant has not received regular mortgage payments and lacks adequate protection of its interests.

5. Debtor is in default of post petition payments to the present date from August 3, 2026.

6. The total amount of the post-petition arrearage as of this date is $1,091.65. This figure is broken down as follows:

-Two (2) delinquent payments of $371.88 representing August 3, 2026 through September 3, 2026
-One (1) delinquent payment of $347.89 representing October 3, 2026

7. Since October 13, 2026, Movant has incurred attorneys' fees in connection with this Motion.

8. Movant does not have and has not been offered adequate protection for its interest in said premises and may be required to pay expenses for said premises in order to preserve its lien, which is the obligation of the Debtor under said Mortgage.

9. Movant specifically requests permission from the Honorable Court to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

10. Upon execution and entry of the Order granting the relief requested, the requirements specified in both (1) Fed. R. Bankr. P. 3002.1 (b) regarding Notice of Mortgage Payment Changes and (2) Fed. R. Bankr. P. 3002.1 (c) regarding Notice of Post-petition Mortgage Fees, Expenses and Charges are hereby waived, or made inapplicable, during the pendency of the within bankruptcy case.

WHEREFORE, Movant prays for an order modifying the automatic stay of Bankruptcy Code §362(a) to permit Movant to foreclose its Mortgage and to exercise any other rights it has under the Mortgage or with respect to the mortgaged property such actions may include but are not limited to selling the property at Sheriff Sale, entering into a loan modification or signing a deed in lieu of foreclosure; and

Further, granting Movant permission from this Honorable Court to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable nonbankruptcy law.

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com