**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Raymond P Jensen<br>Debtor<br><br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br>vs.<br>Kenneth E. West, Trustee<br>Raymond P Jensen<br>Respondents | Chapter 13<br>Bankruptcy No. 26-12938 |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Citizens Bank, N.A. or its Successor or Assignee, has filed a Motion For Relief From the Automatic Stay with the court for requesting Relief from the automatic stay as to property at 654 15th Avenue, Prospect Park, Pennsylvania 19076.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **November 6, 2026, you or your attorney must file a Response to the Motion.** (*see Instructions on next page)*.

3. A hearing on the Motion is scheduled to be held on **November 19, 2026 at 11:00a.m.** in Courtroom #2, Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

   X Telephonic via: 215-408-2800
   X Video Conference using the following link: Zoomgov.com with Meeting ID: 161 0657 4791. If no link is provided, the video conference link will be included on the hearing calendar.
   X In-person participation is also available for this hearing.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion**.**

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

**Filing Instructions**

1. **If you are required to file documents electronically by Local Bankruptcy rule 5005-2,** you must file your response electronically
2. **If you are not required to file electronically,** you must file your response at:

United States Bankruptcy Court
For the Eastern District of Pennsylvania
900 Market Street, Suite 201
Philadelphia, Pennsylvania 19107

3. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the dates stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's Attorney:

Andrew M. Lubin, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Phone: 215-790-1010
Fax: 215-790-1274

Date: October 23, 2026