**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Raymond P Jensen<br>Debtor<br><br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br>vs.<br>Kenneth E. West, Trustee<br>Raymond P Jensen<br>Respondents | Chapter 13<br>Bankruptcy No. 26-12938 |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Andrew M. Lubin, attorney for Citizens Bank, N.A., hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: October 23, 2026

Raymond P Jensen
654 15th Avenue
Prospect Park, PA 19076

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13
Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA19106

Office of United States Trustee
Robert N.C. Nix Federal
Building
900 Market Street Suite 320
Philadelphia, PA 19107

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com