**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Raymond P Jensen | Debtor(s) | CHAPTER 13 |
| First Federal Bank | Movant | |
| vs. | | NO. 26-12938 DJB |
| Raymond P Jensen | Debtor(s) | |
| Kenneth E. West | Trustee | 11 U.S.C. Section 362 |

**MOTION OF First Federal Bank**
**FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER SECTION 362**

1. Movant is First Federal Bank.

2. Debtor(s) is/are the owner(s) of the premises 654 15Th Ave, Prospect Park, PA 19076, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $164,000.00 on the mortgaged premises that was executed on April 01, 2022. The mortgage has been assigned as follows: FROM: Mortgage Electronic Registration Systems, Inc. ("MERS"), as Mortgagee, as Nominee for Mclean Mortgage Corporation, TO: First Federal Bank, by assignment of mortgage dated August 04, 2026, recorded August 06, 2026, in Book 7151, Page 2480.

4. Kenneth E. West is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6. Debtor(s) has/have failed to make the monthly post-petition mortgage payments in the amount of $1,475.72 for the months of September 2026 through November 2026, plus late charges if applicable.

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred legal fees and

legal costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The total amount necessary to reinstate the loan post-petition is $4,427.16 (plus attorney's fees & costs).

9. The total amount due to payoff the loan is $168,083.20 as of November 01, 2026.

10. Movant is entitled to relief from stay for cause.

11. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

/s/ Maggie Soboleski
Maggie Soboleski, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com